IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| AMERICAN VEHICULAR SCIENCES, LLC §<br>　　　*Plaintiff*, §<br>§<br>v. §<br>§<br>BMW GROUP a/k/a BMW AG et al §<br>　　　*Defendants*. § | CASE NO. 6:12-cv-00411-MHS-JDL<br>**(LEAD CASE)** |

## REPORT OF MEDIATION

The above-captioned case was mediated by David Folsom on Tuesday, October 1, 2013, between Plaintiff, American Vehicular Sciences LLC, and Defendants, BMW of North America, LLC and BMW Manufacturing Co., LLC. The mediation ended in a suspension; however, after additional follow up between the mediator and the parties, a settlement was reached.

Signed this 21st day of October 2013.

　　　　　　　　　　　　　　　　　　　*/s/ David Folsom* _____
　　　　　　　　　　　　　　　　　　　David Folsom
　　　　　　　　　　　　　　　　　　　TXBN: 07210800
　　　　　　　　　　　　　　　　　　　JACKSON WALKER, LLP
　　　　　　　　　　　　　　　　　　　6004 Summerfield Drive
　　　　　　　　　　　　　　　　　　　Texarkana, Texas  75503
　　　　　　　　　　　　　　　　　　　Telephone: (903) 255-3250
　　　　　　　　　　　　　　　　　　　Facsimile:  (903) 255-3265
　　　　　　　　　　　　　　　　　　　E-mail:  dfolsom@jw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this 21st day of October 2013.  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).

　　　　　　　　　　　　　　　　　　　*/s/ David Folsom* _____
　　　　　　　　　　　　　　　　　　　David Folsom